# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**OMAR GUYTON**　　　　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**

V.　　　　　　　　　　NO. 4:23-cv-00004-BRW-ERE

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

I have reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed, and the time to do so has expired. After careful review, I approve and adopt the Recommendation in all respects.

Accordingly, Petitioner Omar Guyton's § 2241 Petition for Writ of Habeas Corpus (*Doc. 1*) is DISMISSED without prejudice.

A Certificate of Appealability is DENIED.

Judgment will be entered accordingly.

IT IS SO ORDERED, this 22nd day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson\_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**OMAR GUYTON**                                                                           **PETITIONER**

**V.**                                **NO. 4-23-cv-00004-BRW-ERE**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                            **RESPONDENT**

## **ORDER**

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Petitioner's timely objections, and a *de novo* review of pertinent portions of the record, the Court concludes that the Recommendation should be, and it is hereby, adopted in all respects.

IT IS THEFORE ORDERED that Petitioner Omar Guyton's § 2241 Petition for Writ of Habeas Corpus (*Doc. 1*) is DISMISSED without prejudice. A Certificate of Appealability is DENIED. Judgment will be entered accordingly.

DATED this ___ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**OMAR GUYTON**                                                             **PETITIONER**

**V.**                      **NO. 4-23-cv-00004-BRW-ERE**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                             **RESPONDENT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that his action is DISMISSED WITHOUT PREJUDICE.

DATED this ____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE